ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| ANHAM FZCO | ) ASBCA No. 63268-ADR |
| | ) |
| Under Contract Nos. SPM300-12-D-3571 | ) |
| SPE300-20-D-4059 | ) |

APPEARANCES FOR THE APPELLANT:     Richard P. Rector, Esq.
                                   Dawn E. Stern, Esq.
                                     DLA Piper LLP
                                     Washington, DC

                                   Kelly E. Buroker, Esq.
                                   Jeffrey M. Lowry, Esq.
                                     Vedder Price P.C.
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Daniel K. Poling, Esq.
                                      DLA Chief Trial Attorney
                                    Kelly L. Diaz-Albertini, Esq.
                                    Lindsay A. Salamon, Esq.
                                    Stacey E. Hirsch, Esq.
                                    Ryan P. Hallisey, Esq.
                                      Trial Attorneys
                                      DLA Troop Support
                                      Philadelphia, PA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 3, 2023

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63268-ADR, Appeal of ANHAM FZCO, rendered in conformance with the Board's Charter.

Dated: August 3, 2023

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals